IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CAROLYN GOLDEN JONES,

    Plaintiff,

vs.                            CASE NO. 5:09cv398/RS-EMT

DAVID L. TATUM, Sheriff; DAVID
L. TATUM, Individually; CHRISTOPHER
M. PORTER, Individually; WILLIAM D.
KELLER, Individually; and WILLIAM D.
STRAWN, Individually,

    Defendants.
_____/

## ORDER

Before me is the Report of Parties' Planning Meeting (Doc. 28).

**IT IS ORDERED** that the parties shall file an amended joint report not later than June 14, 2010, with deadlines consistent with a discovery deadline of October 1, 2010, and a trial date of December 6, 2010, or January 10, 2011. The number and duration of depositions shall be governed by Fed. R. Civ. P. 30 absent agreement by the parties' attorneys.

**ORDERED** on June 7, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**