IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CAROLYN GOLDEN-JONES,

    Plaintiff,

vs.                                                CASE NO. 5:09-cv-398/RS-EMT

DAVID L. TATUM, in his official capacity as
SHERIFF, CALHOUN COUNTY, FLORIDA,
DAVID L. TATUM, individually,
CHRISTOPHER M. PORTER, individually,
WILLIAM D. KELLER, individually, and,
WILLIAM D. STRAWN, individually,

    Defendants.
_____/

## ORDER

The relief requested in Defendant William Strawn's Unopposed Motion for Extension of Discovery Period (Doc. 48) is **granted**. All other deadlines in the Scheduling and Mediation Order (Doc. 39) remain unchanged.

**ORDERED** on September 21, 2010

                                                     /S/ Richard Smoak
                                                     **RICHARD SMOAK**
                                                     **UNITED STATES DISTRICT JUDGE**